# IN THE SUPREME COURT OF THE STATE OF NEVADA

SIMONE WCIORKA,
<div style="padding-left:2em">Appellant,</div>

vs.

CESAR MALAGA,
<div style="padding-left:2em">Respondent.</div>

No. 77030

FILED

JUN 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:   Hon. Lisa M. Brown, District Judge, Family Court Division
      Carolyn Worrell, Settlement Judge
      Nehme-Tomalka & Associates
      Law Offices of F. Peter James, Esq.
      McFarling Law Group
      Eighth District Court Clerk

---

[1]The parties also stipulate that this "Appeal action" be sealed. The parties may not stipulate to this. A request to seal or redact court records must be made by written motion that sets forth the specific documents sought to be sealed and the grounds for sealing those documents. *See* SRCR 3(1), (4); SRCR 5(c) (prohibiting the sealing of the entire court file).